# UNITED STATES DISTRICT COURT Fi❧ 11030656

for the

Middle District of North Carolina

| | | |
|---|---|---|
| United States of America<br>v.<br><br>TIFFANY NICOLE STRICKLAND<br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:19CR599-1 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **TIFFANY NICOLE STRICKLAND** _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violation of Conditions of Supervised release imposed by the Middle District of North Carolina on September 29, 2020.


Date:    07/18/2023                                                                    John S. Brubaker, Clerk of Court
                                                                                                 *Issuing officer's signature*

City and state:    Greensboro, NC                                          /s/ Abby Taylor, Deputy Clerk
                                                                                                 *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)*  _____ . |
| Date:  _____      RECEIVED<br>JUL 18 2023<br>US Marshals Service, M/NC     _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED JUL 18 2023

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:19CR599-1 |
| ) | |
| TIFFANY NICOLE STRICKLAND ) | |

**ORDER ON PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

This matter is before the Court upon request of the United States Probation Officer. (Doc. 23.) The Court has reviewed the petition and finds the following:

( ) No Action.

(x) The Issuance of a Warrant. For compelling reasons, this Petition and Warrant shall remain sealed until the Warrant is executed except as necessary for law enforcement to effect the arrest on the defendant. The Clerk shall provide a copy of the Petition and Warrant to the U.S. Probation Office, the U.S. Attorney's Office, and the United States Marshal Office.

( ) The Issuance of a Summons. Upon issuance of a summons, the Petition shall be unsealed.

( ) Other:

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

Date: July 18, 2023

RECEIVED
JUL 18 2023
US Marshals Service, M NC

UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: TIFFANY NICOLE STRICKLAND     Docket Number: 1:19-CR-00599-1

Name of Sentencing Judicial Officer: The Honorable Catherine C. Eagles

Date of Original Sentence:     September 29, 2020

Original Offense:     Possess Pseudoephedrine to Manufacture Methamphetamine in violation of 21 U.S.C. § 841(c)(2).

Original Sentence:     24 months imprisonment followed by a three (3) year term of supervised release.

Type of Supervision: Supervised Release     Date Supervision Commenced: August 26, 2022
Date Supervision Expires: August 25, 2025

Assistant U.S. Attorney: Clifton T. Barrett     Defense Attorney: Mireille P. Clough

## PETITIONING THE COURT

[X]     To issue a Warrant. For compelling reasons, this Petition and Warrant shall remain sealed until the Warrant is executed except as necessary for law enforcement to effect the arrest of the defendant. The Clerk shall provide a copy of the petition and Warrant to the U.S. Attorney's Office and the United States Marshals Service.

The probation officer believes that Ms. Strickland has violated the following condition(s) of supervision:

**Violation 1 - The defendant must refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests, thereafter, as determined by the court.**

On April 19, 2023, Ms. Strickland's urinalysis yielded presumptive positive results for methamphetamine and fentanyl. She subsequently admitted use of these substances and signed an admission form. On May 25, 2023, Ms. Strickland's urinalysis yielded presumptive positive results for methamphetamine, marijuana, MDMA, and Oxycodone. She subsequently admitted use of these substances and signed an admission form. On June 15, 2023, Ms. Strickland admitted to using a "little bit of methamphetamine and one and a half Percocet" during a phone call with the probation officer.

**Violation 2 - After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.**

On June 13, 2023, Ms. Strickland was instructed via text message to be home on June 14, 2023, until after she visits with the probation officer. On June 14, 2023, Ms. Strickland was not at the residence when the probation officer arrived around 12:15 p.m. The probation officer spoke with Ms. Strickland on the phone, and she advised she would be home in approximately 30 minutes. She was instructed via text message to be at her residence at 1:30 p.m. for a drug screen, and failure to do so would be considered a refusal to

submit to a drug screen. The probation officer returned to the home at 2:35 p.m. and Ms. Strickland was not at the home as instructed. On June 15, 2023, Ms. Strickland was instructed via telephone to be at her residence at 2:00 p.m. for a drug screen, and Ms. Strickland acknowledged understanding. She did not comply with this instruction and called the probation officer at 3:20 p.m. advising she was almost home. The probation officer advised she failed to adhere to the original instructions.

**Violation 3 - You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.**

On May 25, 2023, Ms. Strickland admitted to having contact with seven people who she knew currently used or possessed controlled substances. As instructed, she showed the probation officer these people's contact information listed in her phone and deleted the contacts as instructed. She was not previously approved to have contact with any of these people.

**Violation 4 - The defendant shall submit to substance abuse testing, at any time, as directed by the probation officer. The defendant shall cooperatively participate in a substance abuse treatment program, which may include drug testing and inpatient/residential treatment, and pay for treatment services, as directed by the probation officer. During the course of treatment, the defendant shall abstain from the use of alcoholic beverages.**

Ms. Strickland was instructed to admit herself to Daymark Recovery Services, Rockingham, NC, detox program by April 24, 2023; however, she failed to comply with this instruction. On June 15, 2023, the probation officer instructed Ms. Strickland to admit herself to Daymark Recovery Services, Rockingham, NC, detox program by June 17, 2023, complete the program, and follow through with the inpatient treatment facility recommended to her. Ms. Strickland failed to comply with this instruction and to date, Ms. Strickland has not engaged in any type of substance use treatment.

U.S. Probation Officer Recommendation:

[X]    The term of supervision should be
       [X]    revoked.
       [ ]    extended for   years, for a total term of   years.

[ ]    The conditions of supervision should be modified as follows:

                              I declare under penalty of perjury that the forgoing is true and correct.

                                                    Executed on    July 17, 2023

                                                                   _____
                                                                   Amelia J Bevirt
                                                                   U.S. Probation Officer

Approved by:

_____                           July 17, 2023
Justine Graves                                      Date
Supervisory U.S. Probation Officer                                                    RECEIVED

                                                                                      JUL 18 2023

                                                                                      US Marshals Service, M/NC